UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| CHARTIS SEGUROS MEXICO, S.A. de C.V., as subrogee of PROLEC GE INTERNACIONAL, S. de R.L., de C.V.,<br><br>Plaintiff,<br><br>-against-<br><br>HLI RAIL RIGGING, LLC, et al.,<br><br>Defendants. | 1:11-cv-3238 (ALC) (GWG)<br><br>**OPINION & ORDER** |

------------------------------------------------------------x

HLI RAIL & RIGGING, LLC and FRESH MEADOW MECHANICAL CORPORATION,

                     Third-Party Plaintiffs,

-against-

FIREMAN'S FUND INSURANCE COMPANY and CITY UNDERWRITING AGENCY, INC.,

                     Third-Party Defendants.

------------------------------------------------------------x

ANDREW L. CARTER, JR., United States District Judge:

Pursuant to this Court's February 9, 2015 Opinion & Order (ECF No. 341), the Clerk of the Court is respectfully directed to terminate Kansas City Southern Railway Company ("KCSR") as a Cross Claimant and HLI Rail & Rigging, LLC ("HLI") as a Cross Defendant in this action. KCSR and HLI will continue as parties in this action in all other respects.

SO ORDERED.

Dated: February 10, 2015
      New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**